IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02981-PAB-BNB

HARRY A. WENZEL,

Plaintiff,

v.

KIRK M. TAYLOR, individually, and in his official capacity as Sheriff of Pueblo County, and THE PUEBLO COUNTY SHERIFF'S DEPARTMENT,

Defendants.
_____

**ORDER**
_____

This matter arises on the defendant's **Motion for Leave to File Amended Answer** [Doc. # 18, filed 5/17/2010] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Doc. # 18] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Answer [Doc. # 18-1].

Dated May 26, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge