IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02981-PAB-BNB

HARRY A. WENZEL,

    Plaintiff,

v.

KIRK M. TAYLOR, individually and in his official capacity as Sheriff of Pueblo County, and
THE PUEBLO COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT KIRK M. TAYLOR**
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Kirk M. Taylor, With Prejudice [Docket No. 47].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the motion to dismiss [Docket No. 47] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Kirk M. Taylor are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 6, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge